JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

September 7, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY FINANCIAL PARTNERS, LLC, a business entity;<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a business entity form unknown; and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00259-SJO-KS<br><br>Assigned to the Hon. S. James Otero<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: December 14, 2015<br>Case Removed:   January 13, 2016<br>Trial Date:         January 10, 2017 |

///

///

///

-1-
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1  Having considered the Joint Stipulation between Plaintiff Synergy Financial Partners, LLC and Defendant Travelers Casualty Insurance Company of America, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. This entire action is dismissed with prejudice.
2. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 7, 2016.

_____
Honorable S. James Otero
United States District Court